LEO CUNNINGHAM, State Bar No. 12605
DAVID J. BERGER, State Bar No. 147645
CHARLES T. GRAVES State Bar No. 197923
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dberger@wsgr.com; lcunningham@wsgr.com; tgraves@wsgr.com

Attorneys for Defendants
RO FOR CONGRESS, INC. and
ROHIT "RO" KHANNA

**GRANTED**
Judge Edward J. Davila
2/7/2017

The Clerk shall close this file.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MIKE HONDA FOR CONGRESS, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN PARVIZSHAHI, an individual, RO FOR CONGRESS, INC., a California corporation, ROHIT "RO" KHANNA, an individual, and DOES 1 through 10, <br><br> Defendants. | CASE NO.: 5:16-cv-05416-EJD <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Before: Honorable Edward J. Davila <br><br> Complaint Filed: September 22, 2016 |

Plaintiff Mike Honda for Congress ("Plaintiff") and Defendants Brian Parvizshahi, Ro for Congress, Inc., and Rohit "Ro" Khanna ("Defendants"), by and through their respective counsel, hereby stipulate and agree that this action be and hereby is **dismissed** in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each Party shall bear its own fees (including but not limited to attorney's fees) and costs of suit.

STIPULATION OF DISMISSAL    -1-

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: Feb. 3, 2017 | BUSINESS, ENERGY, AND ELECTION LAW, PC |
|   | By: /s/ _____<br>         Gautam Dutta |
|   | Attorneys for Plaintiff<br>Mike Honda for Congress |
|   | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|   | By: /s/ _____<br>         David J. Berger<br>         Leo P. Cunningham<br>         Charles T. Graves |
|   | Attorneys for Defendants<br>Ro for Congress, Inc. and Rohit "Ro" Khanna |
|   | THOMPSON COBURN LLP |
|   | By: /s/ _____<br>         Renato Mariotti |
|   | Attorneys for Defendant<br>Brian Parvizshahi |

### ATTESTATION PURSUANT TO LOCAL RULE 5-1

This certifies, pursuant to Local Rule 5-1, that all signatories to this document concur in its content and have authorized this filing.

Dated: Feb. 3, 2017

/s/ Gautam Dutta _____
     Gautam Dutta

STIPULATION OF DISMISSAL                                          -2-